UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOUKEO SPHABMIXAY,<br><br>                              Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security; PAMELA JO BONDI, Attorney General; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; JESUS ROCHA, Acting Field Office Director, San Diego Field Office; CHRISTOPHER J. LAROSE, Warden at Otay Mesa Detention Center,<br><br>                             Respondents. | Case No.: 25cv2648-LL-VET<br><br>**INTERIM ORDER** |

Pending before the Court are Petitioner Koukeo Sphabmixay's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [ECF No. 1] and Motion for Temporary Restraining Order [ECF No. 3]. In light of Respondents' Amended Notice of Supplemental Information Regarding Travel Document [ECF No. 12] and Petitioner's Response [ECF No. 13] filed on October 23, 2025, the Court finds it necessary to order a limited stay pursuant to the All Writs Act, 28 U.S.C. § 1651, to preserve the status quo until the Court

can provide a reasoned decision on the pending Motion for Temporary Restraining Order, in order to avoid any potential jurisdictional problems if Petitioner is removed from this district.[1] *See E-C-R- v. Noem*, No. 3:25-CV-1230-SI, 2025 WL 2300543, at *1 & n.1 (D. Or. July 16, 2025) ("Courts around the country exercise their authority under the All Writs Act to maintain their jurisdiction over pending immigration matters by preserving the status quo." (collecting cases)).

Accordingly, the Court **ORDERS** the following:

Respondents, their agents, employees, successors, attorneys, and all persons acting in active concert or participation with them are hereby **ENJOINED** from removing Petitioner from the United States or this district pending further order of the Court, to maintain the status quo to allow the Court to provide a reasoned decision on the Motion for Temporary Restraining Order.

**IT IS SO ORDERED**.

Dated: October 24, 2025

_____
Honorable Linda Lopez
United States District Judge

---

[1] Under the All Writs Act, "all courts established by an Act of Congress may issue all writs necessary or appropriate in aid of their respective jurisdictions and agreeable to the usages and principles of law." 28 U.S.C. § 1651(a).