

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Petitioner: Koukeo Sphabmixay

Civil Action No.   25-cv-2648-LL-VET

**Plaintiff,**

V.

Respondent : See Attachment

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and DENIES AS MOOT the Motion for Temporary Restraining Order. The Government shall immediately release Petitioner from custody on the August 7, 2025 revocation of release and arrest. Petitioner shall comply with all conditions that were in effect before his August 7, 2025 re-detainment. The parties have filed a joint status report to confirm that Petitioner has been released. This Case is hereby closed.

Date:   10/31/25

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ B. Chandler

B. Chandler, Deputy

# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

<b>Civil Action No.</b>  25-cv-2648-LL-VET

Respondents:
Kristi Noem, Secretary of the Department of Homeland Security;
Pamela Jo Bondi, Attorney General;
Todd M. Lyons, Acting Director, Immigration and Customs Enforcement;
Jesus Rocha, Acting Field Office Director San Diego Field Office;
Christopher LaRose, Warden at Otay Mesa Detention Center